**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| BRANDON ENNIS,           )<br>                                    )<br>            Plaintiff,        )<br>                                    )<br>        v.                      )<br>                                    )<br>MEIJER, INC.,               )<br>                                    )<br>            Defendant.    )<br>                                    )<br>                                    )<br>                                    ) | Case No. 21-cv-50422<br><br>District Judge Iain D. Johnston |

**JOINT STIPULATION OF DISMISSAL**

Defendants, MEIJER, INC. ("Defendant"), by and through their undersigned counsel of record, and Plaintiff Brandon Ennis, by and through his attorney, jointly hereby state:

IT IS HEREBY STIPULATED AND AGREED to by Defendant Meijer, Inc. and its attorneys, and Plaintiff and his attorneys, that pursuant to Rule 41(a)(1)(A)(ii), the above-captioned action shall be and hereby is dismissed without prejudice, with each side to bear its own fees and costs.

Dated: December 3, 2021                                                                Respectfully submitted,

**MEIJER, INC.**                                                                              **BRANDON ENNIS**

By:   *Abad Lopez, Esq.*                                                              By: Mohit Khare
Abad Lopez (ALopez@dykema.com)                                       Mohit Khare (Mkhare@bslbv.com)
Christina C. Brunty (CBrunty@dykema.com)                          Barrick Switzer Long Balsley &
Dykema Gossett PLLC                                                              Van Evera
10 South Wacker Drive, Suite 2300                                         6833 Stalter Drive
Chicago, Illinois 60606                                                             Rockford, Illinois 61108
(312) 876-1700                                                                          (815) 962-6611

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing ***Joint Stipulation of Dismissal of Defendant*** was served on all parties to the above cause by delivering a copy thereof to each of the attorneys of record served via the court's e-filing system on December 3, 2021.

                                                  */s/ Abad Lopez*