# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Western Division

Brandon Ennis

                Plaintiff,

v.                                               Case No.: 3:21−cv−50422

                                                       Honorable Iain D. Johnston

Meijer, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 3, 2021:

      MINUTE entry before the Honorable Iain D. Johnston: In light of the stipulation to dismiss [4], this case is dismissed without prejudice. Each side shall bear its own fees and costs. Civil case terminated. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.